

101 Park Avenue, Suite 1700
New York, NY 10178
Tel 212.878.7900  Fax 212.692.0940
www.foxrothschild.com

ERNEST EDWARD BADWAY
Direct Dial: 212-878-7986
Email Address: EBadway@FoxRothschild.com

January 22, 2021

**VIA ECF**

The Honorable Allyne R. Ross
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Martinez v. Redbubble Inc.* **(1:20-cv-06293) (ARR) (PK)**
                **Joint Notice of Settlement and Request for Adjournment of All Pending Dates**

Dear Judge Ross:

    We represent Redbubble Inc. ("Defendant") in the above-referenced matter. On behalf of Defendant and plaintiff Pedro Martinez ("Plaintiff"), we hereby inform the Court that the parties have reached a settlement in principle. We anticipate that the parties will draft and execute their settlement agreement and file a stipulation of dismissal with prejudice within the next forty-five (45) days. Given that the parties have resolved the litigation, we respectfully request that this Court adjourn all pending dates *sine die* (including the deadline for Defendant to file its response to the Complaint) and provide the parties with forty-five (45) days to file their anticipated stipulation of dismissal.

    We thank the Court for its attention to this matter.

                                                      Respectfully submitted,

                                                      */s/ Ernest Edward Badway*
                                                      Ernest Edward Badway

cc:    Dan Shaked, Esq. (*via* ECF)

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Minnesota
Nevada   New Jersey   New York   North Carolina   Pennsylvania   South Carolina   Texas   Washington

Active\118810578.v1